IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BUDDY WHITLOW,<br><br>*Plaintiff*,<br><br>v.<br><br>CUTTER & COMPANY, LLC,<br><br>*Defendant*. | §§§§§§§§§§§§§ Civil Action No. 2:22-CV-00131-RWS-RSP |

### ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Buddy Whitlow ("Plaintiff") and Cutter & Company, LLC ("Defendant") pursuant to a settlement agreement. Dkt. No. 34. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN/CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 25th day of June, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE